JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>        Plaintiff,<br><br>   v.<br><br>CORMAC, INC., doing business as McDONALDS No. 23418; ARCHLAND PROPERTY II, LP,<br><br>        Defendant.<br>_____ | Case No. CV 10-09311 DDP (OPx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

    IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 5, 2011

_____
DEAN D. PREGERSON
United States District Judge